**FILED**

APR 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>   v<br><br>MARCUS GIPSON,<br><br>       Defendant. | Mag. No. 08-MJ-0114 EFB<br><br>ORDER UNSEALING CRIMINAL<br>COMPLAINT AND AFFIDAVIT IN<br>SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-MJ-0114 EFB be, and is, hereby ordered **UNSEALED**.

DATED: April 4, 2008

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE