COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-0181 WBS |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| MARCUS GIPSON, | ) ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, June 30, 2008, at 8:30 a.m. to Monday, August 11, 2008, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from June 30, 2008 to August 11, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: June 25, 2008        /s/ COLIN L. COOPER
                            Attorney for Defendant MARCUS GIPSON

DATED: June 25, 2008        /s/ JASON HITT
                            Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for June 30, 2008, is continued to August 11, 2008, at 8:30 a.m. and that the period from June 30, 2008 to August 11, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: June 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE