COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-0181 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) | |
| MARCUS GIPSON, | ) | |
| Defendant. | ) | |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, August 11, 2008, at 8:30 a.m. to Monday, September 15, 2008, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from August 11, 2008 to September 15, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: August 8, 2008          /s/ COLIN L. COOPER
                                Attorney for Defendant MARCUS GIPSON

DATED: August 8, 2008          /s/ JASON HITT
                                Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for August 11, 2008, is continued to September 15, 2008, at 8:30 a.m. and that the period from August 11, 2008 to September 15, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: August 8, 2008

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE