COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-0181 WBS |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| MARCUS GIPSON, | ) ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, September 15, 2008, at 8:30 a.m., to Monday, October 20, 2008, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from September 15, 2008 to October 20, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: September 10, 2008     /s/ COLIN L. COOPER
                                                  Attorney for Defendant MARCUS GIPSON

DATED: September 10, 2008     /s/ JASON HITT
                                                  Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for September 15, 2008, is continued to October 20, 2008, at 8:30 a.m. and that the period from September 15, 2008 to October 20, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: September 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE