1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   MELISSA DAGUE, SBN 229310
3  COOPER LAW OFFICES
   800 Jones Street
4  Berkeley, California 94710
   Telephone: (510) 558-8400
5  Fax: (510) 558-8401

6  Attorneys for Defendant
   MARCUS GIPSON
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11 UNITED STATES OF AMERICA,         )    NO. 2:08-CR-0181 WBS
                                     )
12      Plaintiff,                   )    STIPULATION AND ORDER
                                     )    CONTINUING STATUS
13 vs.                               )    CONFERENCE
                                     )
14 MARCUS GIPSON,                    )
                                     )
15      Defendant.                   )
   _____)
16

17      Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United

18 States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to

19 continue the status conference in the above-captioned case from January 26, 2009, at 8:30 a.m. to

20 March 9, 2009, at 8:30 a.m.  The continuance is requested to allow defendant's counsel additional

21 time for preparation.

22      The parties further stipulate and agree that the period from January 26, 2009 to

23 March 9, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18

24 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

25
26 DATED:  January 21, 2009          /s/ COLIN L. COOPER
                                     Attorney for Defendant MARCUS GIPSON
27
28 DATED:  January 21, 2009          /s/ JASON HITT
                                     Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for January 26, 2009 is continued to March 9, 2009, at 8:30 a.m. and that the period from January 26, 2009 to March 9, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: January 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE