```
 1  COLIN L. COOPER, SBN 144291
    KELLIN R. COOPER, SBN 172111
 2  DUSTIN GORDON, SBN 205216
    MELISSA DAGUE, SBN 229310
 3  COOPER LAW OFFICES
    800 Jones Street
 4  Berkeley, California 94710
    Telephone: (510) 558-8400
 5  Fax: (510) 558-8401

 6  Attorneys for Defendant
    MARCUS GIPSON
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-0181 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| vs. ) | CONFERENCE |
| ) | |
| MARCUS GIPSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from April 13, 2009, at 8:30 a.m. to May 11, 2009, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from April 13th to May 11, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: April 9, 2009           /s/ COLIN L. COOPER
                               Attorney for Defendant MARCUS GIPSON

DATED: April 9, 2009           /s/ JASON HITT
                               Assistant United States Attorney

-1-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for April 13, 2009 is continued to May 11, 2009 at 8:30 a.m. and that the period from April 13, 2009 to May 11, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE