```
 1  COLIN L. COOPER, SBN 144291
    KELLIN R. COOPER, SBN 172111
 2  DUSTIN GORDON, SBN 205216
    COOPER LAW OFFICES
 3  800 Jones Street
    Berkeley, California 94710
 4  Telephone: (510) 558-8400
    Fax: (510) 558-8401
 5
    Attorneys for Defendant
 6  MARCUS GIPSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:08-CR-0181 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL CONFIRMATION |
| vs. | ) HEARING |
| MARCUS GIPSON, | ) |
| Defendant. | ) |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the trial confirmation hearing in the above-captioned case from August 31, 2009, at 8:30 a.m. to September 8, 2009, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from August 31, 2009 to September 8, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: August 28, 2009          /s/ COLIN L. COOPER
                                           Attorney for Defendant MARCUS GIPSON

DATED: August 28, 2009          /s/ JASON HITT
                                           Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the trial management conference scheduled for August 31, 2009 is continued to September 8, 2009, at 8:30 a.m. and that the period from August 31, 2009 to September 8, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: August 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE