| 1 | COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
| 2 | DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
| 3 | 800 Jones Street
Berkeley, California 94710
| 4 | Telephone: (510) 558-8400
Fax: (510) 558-8401
| 5 |
| 6 | Attorneys for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:08-CR-0181 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL MANAGEMENT |
| vs. | ) CONFERENCE |
| MARCUS GIPSON, | ) |
| Defendant. | ) |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the trial management conference in the above-captioned case from September 8, 2009, at 8:30 a.m. to September 14, 2009, at 8:30 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from September 8, 2009 to September 14, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: September 3, 2009            /s/ COLIN L. COOPER
                                     Attorney for Defendant MARCUS GIPSON

DATED: September 3, 2009            /s/ JASON HITT
                                     Assistant United States Attorney

-1-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the trial management conference scheduled for September 8, 2009 is continued to September 14, 2009, at 8:30 a.m. and that the period from September 8, 2009 to September 14, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: September 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE