```
 1  COLIN L. COOPER, SBN 144291
    KELLIN R. COOPER, SBN 172111
 2  DUSTIN GORDON, SBN 205216
    COOPER LAW OFFICES
 3  800 Jones Street
    Berkeley, California 94710
 4  Telephone: (510) 558-8400
    Fax: (510) 558-8401
 5
    Attorneys for Defendant
 6  MARCUS GIPSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:08-CR-0181 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| vs. | ) |
| MARCUS GIPSON, | ) |
| Defendant. | ) |

Defendant MARCUS GIPSON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the sentencing in the above-captioned case from November 23, 2009, at 8:30 a.m. to December 7, 2009, at 8:30 a.m. The continuance is requested because defense counsel is currently in trial in Contra Costa County and will still be in trial on November 23, 2009. Defense counsel has been in contact with Linda Dillon, the Probation Officer assigned to the case and she is available on December 7, 2009, for the sentencing.

The parties further stipulate and agree that the period from November 23, 2009 to December 7, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(7)(A) for the effective preparation of defense counsel.

DATED: November 18, 2009          /s/ COLIN L. COOPER
                                  Attorney for Defendant MARCUS GIPSON

DATED: November 18, 2009          /s/ JASON HITT
                                  Assistant United States Attorney

-1-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for November 23, 2009 is continued to December 7, 2009, at 8:30 a.m. and that the period from November 23, 2009 to December 7, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) (A).

DATED: November 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE