John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS GIPSON,<br><br>Defendant. | No. 2:08-CR-0181-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, MARCUS GIPSON, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

Defendant's Amended Mtn Due: August 26, 2016

Government's Response Due: September 16, 2016

Defendant's Reply Brief Due: September 30, 2016

This request is made because the defendant needs additional time to obtain documents, conduct legal research, and prepare an amended motion. The defendant's projected release date is May 4, 2027.

Dated: May 26, 2016                    Dated: May 26, 2016


BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                        /s/*John Balazs*
JASON HITT                              JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                  Attorney for Defendant
UNITED STATES OF AMERICA                MARCUS GIPSON


**ORDER**

IT IS SO ORDERED.

Dated: May 27, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE