UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-181 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| MARCUS GIPSON, | |
| Defendant. | |

----oo0oo----

Defendant Marcus Gipson moves for a reduction of his sentence under 18 U.S.C. § 3582. Because defendant was sentenced as a career offender under § 4B1.1 of the Sentencing Guidelines, he is not eligible for a sentence reduction pursuant to Amendment 782, upon which this motion is based. See United States v. Waters, 771 F.3d 679 (9th Cir. 2014).

IT IS THEREFORE ORDERED that defendant's motion for reduction of sentence under 18 U.S.C. § 3582 be, and the same hereby is, DENIED.

Dated: October 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1