# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
MARCUS GIPSON

Case No: 2:08CR00181-01 WBS

USM No: 17348-098

Date of Original Judgment: 12/7/2009
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, AFD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 188 months .
The previously imposed term of supervised release of 120 months is reduced to 48 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/17/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: <u>July 2, 2019</u>

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: N/A
*(if different from order date)*