John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MARCUS GIPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARCUS GIPSON,<br><br>            Defendant. | No.  2:08-CR-0181-WBS<br><br>**ORDER APPOINTING COUNSEL FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. §§ 3582(c)(1)(A)** |

Defendant Marcus Gipson, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A) (COVID-19).  *See* Motion to Reduce Sentence, docket 60.  Mr. Balazs had previously represented Mr. Gipson with respect to a motion to reduce sentence under § 3582(c)(2) and Guideline Amendment 782 under the Criminal Justice Act.  The Office of the Federal Defender supports this appointment.

                                        Respectfully submitted,

Dated:  June 11, 2020

                        /s/ John Balazs
                        John Balazs
                        Attorney for Defendant
                        MARCUS GIPSON

**ORDER**

   **IT IS SO ORDERED.**

Dated: **June 12, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE