UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-181 WBS |
| Plaintiff, | |
| v. | ORDER |
| MARCUS GIPSON, | |
| Defendant. | |

----oo0oo----

        Defendant Marcus Gipson has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 60.) The United States shall file any opposition to defendant's motion no later than June 22, 2020. Defendant may file a reply no later than June 29, 2020. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated: June 12, 2020

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1