McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>MARCUS GIPSON,<br><br>                    Defendant. | CASE NO. 2:08-CR-00181-WBS<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.     Defendant Marcus Gipson filed a motion for reduction in sentence and compassionate release on June 11, 2020.  Docket No. 60.  The Court ordered the government to response by June 22, 2020, and any reply due June 29, 2020.  Docket No. 66.

Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 60, be due on July 1, 2020; and

    b) The defense reply, if any, will be due on July 7, 2020.

IT IS SO STIPULATED.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated:  June 22, 2020

                                      */s/ Jason Hitt*
                                      JASON HITT
                                      Assistant United States Attorney


Dated:  June 22, 2020                      /s/ John P. Balazs
                                      JOHN P. BALAZS
                                      Counsel for Defendant Dwayne Slater

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 60, is due on July 2, 2020;

    b)    The defense reply, if any, will be due on July 7, 2020.

IT IS SO ORDERED.

Dated: June 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE