1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:08-CR-00181-WBS
12 |                         Plaintiff,   | STIPULATION AND ORDER REGARDING
   |                                      | BRIEFING SCHEDULE ON DEFENDANT'S
13 |              v.                      | MOTION FOR REDUCTION IN SENTENCE AND
   |                                      | COMPASSIONATE RELEASE
14 | MARCUS GIPSON,
15 |                         Defendant.
16

17                              **STIPULATION**

18      1.      Defendant Marcus Gipson filed a motion for reduction in sentence and compassionate

19 release on June 11, 2020. Docket No. 60. The government's response is due by July 1, 2020, and any

20 reply due July 7, 2020. Docket No. 68.

21

22      Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 60, be due on July 6, 2020; and

    b) The defense reply, if any, will be due on July 13, 2020.

IT IS SO STIPULATED.

    McGREGOR W. SCOTT
    United States Attorney

Dated: July 1, 2020

    */s/ Jason Hitt*
    JASON HITT
    Assistant United States Attorney

Dated: July 1, 2020    /s/ *John P. Balazs*
    JOHN P. BALAZS
    Counsel for Defendant

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 60, is due on July 6, 2020;

    b) The defense reply, if any, will be due on July 13, 2020.

IT IS SO ORDERED.

Dated: July 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE