UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARCUS GIPSON,<br><br>        Defendant. | No. 2:08-cr-181 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Marcus Gipson has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 60.)

The court recognizes that defendant is 50, has hypertension and kidney disease, and is housed at FCI Lompoc, which has had numerous inmates test positive for the coronavirus, including defendant. Nevertheless, it appears that the Bureau of Prisons has been able to sufficiently treat his medical conditions, including his chronic health conditions and his diagnosis of COVID-19. Overall, defendant has not shown that his

1

1 | age and medical condition, along with the COVID-19 pandemic,
2 | qualify as extraordinary and compelling reasons for release under
3 | 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  See, e.g.,
4 | United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439,
5 | *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI
6 | Lompoc and diagnosis of hypertension along with other medical
7 | history and prevalence of COVID-19, was insufficient to show
8 | extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).
9 |         IT IS THEREFORE ORDERED that defendant's motion to
10 | reduce sentence (Docket No. 60), be, and the same hereby is,
11 | DENIED.
12 | Dated:  July 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE